# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 21-mj- 1119
black UMX model U693CL cellular telephone with serial )
number 693CL30320063113 (SUBJECT TELEPHONE 2) )
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the _____Eastern_____ District of _____Pennsylvania_____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1073 | Unlawful flight to avoid prosecution |

The application is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days:_____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Benjamin Paris
*Applicant's signature*

Special Agent Benjamin Paris, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 7/6/2021

/s/ David R. Strawbridge
*Judge's signature*

City and state: Philadelphia, Pennsylvania

Hon. David R. Strawbridge, U.S. Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>black UMX model U693CL cellular telephone with serial number 693CL30320063113 (SUBJECT TELEPHONE 2) | Case No. 21-mj- 1119 |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the   Eastern   District of   Pennsylvania
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before   July 20, 2021   *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to the duty magistrate.

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   7/6/2021; 2:27 p.m.   /s/ David R. Strawbridge
                                                                              *Judge's signature*

City and state:   Philadelphia, Pennsylvania   Hon. David R. Strawbridge, U.S. Magistrate Judge
                                                                              *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| **Return** | | |
|---|---|---|
| Case No.: 21-mj- 1119 | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

*Executing officer's signature*

*Printed name and title*

## **ATTACHMENT A**

## **ITEM TO BE SEARCHED**

The property to be searched is a cellular telephone currently located with the FBI in the Eastern District of Pennsylvania: a black UMX model U693CL cellular telephone with serial number 693CL30320063113 (SUBJECT TELEPHONE 2)

## ATTACHMENT B

All records on SUBJECT TELEPHONE 2 described in Attachment A that constitute evidence of the commission of a violation of the federal crime of – Title 18, United States Code, Section 1073 (unlawful flight to avoid prosecution), including information pertaining to the following matters:

1. Evidence indicating how and when the cellular telephone was used to determine the chronological context of cellular telephone use, account access, and events relating to distribution of illegal drugs;

2. Evidence indicating the geographic location of the cellular telephone at times relevant to the investigation;

3. Evidence of user attribution showing who used or owned the cellular telephone at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history;

4. Contents of telephone directories;  electronic libraries; stored communications including voice mail, voice messages and text messages, contact lists, applications, reference material aiding in the furtherance of criminal activity; photographs; time and date stamps; Global Positioning System (GPS) data; stored internet searches; digital photographs; recorded videos, audio recordings, social media posts and accounts;

5. Any information recording schedule or travel; and

6. Any other memory feature relating to the offenses outlined in the affidavit of probable cause.

As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored,

including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A SEARCH WARRANT

I, Benjamin Paris, being duly sworn, depose and state that:

## INTRODUCTION

1. I am an "investigative or law enforcement officer" of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18, United States Code.

2. I am a Special Agent with the Federal Bureau of Investigation (FBI), and have been since July 2011. As such, I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request a search warrant. As part of my duties with the FBI, I investigate violations of federal criminal law over which the FBI has jurisdiction, including violations of the Hobbs Act, bank robbery, fugitives and kidnappings.

3. The facts in this affidavit come from my personal observations, my training and experience, information obtained from other law enforcement officers and witnesses, review of recordings and documents and other evidence developed during the investigation. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter. Any observations not made by me, were made by other law enforcement officers involved in the investigation whom I know to be reliable and trustworthy.

## PURPOSE OF AFFIDAVIT

4. This affidavit is submitted pursuant to Rule 41 of the Federal Rules of Criminal

Procedure in support of a warrant authorizing the search of a black UMX model U693CL cellular telephone with serial number 693CL30320063113 ("SUBJECT TELEPHONE 2"). As described below, I believe that the requested search warrant will assist law enforcement in obtaining evidence that will lead to the location and arrest of a fugitive, TAUHEED LLOYD, who has unlawfully fled from law enforcement in violation of Title 18, United States Code, Section 1073 (unlawful flight to avoid prosecution) and is currently at large.

## PROBABLE CAUSE

5.  On March 10, 2021, a federal grand jury seated in the Eastern District of Pennsylvania returned a true bill of indictment against LLOYD for possession of a firearm by a felon, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e) (possession of a firearm by a felon). A federal bench warrant was issued for LLOYD on the same date. During the month of March 2021, Special Agents and Task Force Officers from Squad C-3 of the Philadelphia Division of the FBI attempted to locate LLOYD at his last known residence of 1645 North 62nd Street, Philadelphia, PA but could not locate him.

6.  During the month of April 2021, additional physical and technical surveillance was conducted on 1645 North 62nd Street, Philadelphia, PA with negative results. Additionally, attempts to locate LLOYD via License Plate Reader (LPR) data showed that LLOYD regularly changes the vehicles that he operates and that he changes locations frequently.

7.  On June 25, 2021, the Honorable Timothy R. Rice, U.S. Magistrate Judge, issued a warrant authorizing the collection of cell-site and "ping" data for a cellular phone with telephone number 267-403-9690 ("TELEPHONE 1"), believed to be used by LLOYD, to assist law enforcement's efforts to locate LLOYD so he could be taken into federal custody on the bench warrant and returned to court (Mag. No. 21-mj-1076).

8. On June 30, 2021, at approximately 3:00 p.m., subject to the court-authorized electronic surveillance warrant for TELEPHONE 1, the FBI was monitoring the location of TELEPHONE 1 which tracked in the vicinity of 67th Street and Lindmore Avenue in Philadelphia. Law enforcement established surveillance at that location. At approximately 3:50 p.m., law enforcement observed a Chrysler 300 sedan with Pennsylvania license plate LLL5259 ("VEHICLE 1") turning onto 67th Street from Lindmore Avenue. The driver of VEHICLE 1 had a beard and glasses, closely resembling LLOYD. A traffic stop was initiated at 57th Street and Hoffman Avenue with assistance from marked Philadelphia Police Department patrol cars. As uniformed officers approached VEHICLE 1, the driver abruptly pulled off in VEHICLE 1 and fled northbound on 57th Street. A vehicle pursuit ensued and then terminated as VEHICLE 1 crashed into a residence at 529 South 56th Street. The driver, believed to be LLOYD, fled prior to officers and agents arriving at the scene of the crash. The ping coordinates of TELEPHONE 1 confirmed that TELEPHONE 1 phone was left in VEHICLE 1 following the crash. TELEPHONE 1 was recovered in plain view on the floorboard of VEHICLE 1 at the crash site. LLOYD is currently still at large and his whereabouts are unknown.

9. Law enforcement towed VEHICLE 1 and placed in FBI custody. A warrant to search VEHICLE 1 was submitted and authorized by the Honorable Lynne A. Sitarski, U.S. Magistrate Judge, on July 1, 2021. The search was executed on July 2, 2021. During the search, your affiant observed a second cellular phone - a black UMX cellular phone (SUBJECT TELEPHONE 2) – in the center console of VEHICLE 1. Accordingly, your affiant submits this application for a warrant to search SUBJECT TELEPHONE 2 for evidence leading to LLOYD's location, to include information about his contacts and where LLOYD has been staying while a fugitive and other locations where he may be found. Based on my training and experience, I

believe that SUBJECT TELEPHONE 2 will contain information leading to the identification of LLOYD's associates and locations where he will be located that will aid in law enforcement's pursuit and capture of LLOYD.

10. This warrant requests permission for law enforcement to search SUBJECT TELEPHONE 2, described in Attachment A, for the information described in further detail in Attachment B, and copy their contents as evidence and leads for law enforcement's pursuit of LLOYD and his prosecution.

## CONCLUSION

11. In conclusion, your affiant believes there is sufficient probable cause for the issuance of a warrant to search SUBJECT TELEPHONE 2, described in Attachment A, for the items described in Attachment B, for violations of Title 18, United States Code, Section 1073 (unlawful flight to avoid prosecution), committed by TAUHEED LLOYD.

I submit this application based upon my information and belief upon the facts set forth to the best of my knowledge.

Respectfully submitted,

/s/ Benjamin Paris
Benjamin Paris, Special Agent
Federal Bureau of Investigation

Sworn before me this 6th day of July, 2021.

/s/ David R. Strawbridge

HON. DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE

4